IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                         CIVIL ACTION NO. 3:23-CV-246-GHD-RP

ERIKA MALONE                                                DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Erika Malone. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Erika Malone on the basis of violations of the False Claims Act, U.S.C. §3729-3733 in the sum of $146,842.67, which sum specifically includes two loans in the amounts of $20,842.22 (the amount of the first loan plus interest through the date of forgiveness) and $121,000.45 (the amount of the second loan plus interest through the date of forgiveness) for the Paycheck Protection Program loans and $5,000.00 for the banks' processing fees. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Erika Malone agrees that the sum owed, $146,842.67, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Erika Malone pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Erika Malone will be credited to her outstanding debt.

IT IS SO ORDERED this the 18th day of July 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
ERIKA MALONE, *Pro Se Defendant*

2